UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 4:25-cv-01221

———

**Marcus-Michael Remington,**
*Plaintiff,*

v.

**The Plano V.A. et al.,**
*Defendants.*

———

## ORDER

Plaintiff, proceeding pro se, alleged that defendants John Fadimiroye and The Plano V.A. failed to give him proper medical care and refused to allow his service dog, Zeus, to enter the V.A. Doc. 1. The case was referred to a magistrate judge, who issued a report recommending that the court dismiss plaintiff's case for his failure to prosecute, failure to serve process, and failure to comply with a court order. Doc. 6 at 2. Plaintiff did not file objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Accordingly, this case is dismissed without prejudice. Any pending motions are denied as moot.

*So ordered by the court on May 14, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -